FILED

DEC 21 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

# IN THE United States District court for the Northern District of Ohio

| | |
|---|---|
| Paul J. Bukovinsky II<br>Plaintiff<br><br>vs.<br><br>McKeen Group, INC.<br><br>Defendant | 4:21CV 2380<br>Civil Action No.:<br>Law suit<br><br>JUDGE PEARSON<br><br>MAG. JUDGE HENDERSON |

## Complaint for Employment Discrimination

## FACTS OF THE CASE

1. The plaintiff Paul J. Bukovinsky II who resides at 105 John Drive, Burgettstown, Pa 15021 is hereby filing this complaint for Employment Discrimination. The laws that the plaintiff is requesting relief for are American with disabilities act, Fair Labor Standards act, the Civil Rights Act of 1964, and Retaliation.

2. Since the day the plaintiff arrived The harassment continued, but this time it was from McKeen Group supervisors. The supervisors have been trying to get rid of the plaintiff. They have written him up for anything and everything no matter how small. Most of the complaints were about stuff that wasn't a violation to the company handbook or and state or federal law.

3. On December 23, 2020 the plaintiff worked at gate 3 for the day. THE PLAINTIFF was working there due to the fact that THE PLAINTIFF was scheduled to be off on the 25th and that shift would of made sure THE PLAINTIFF didn't lose any pay for that pay period. While THE PLAINTIFF was working THE PLAINTIFF was also in charge of taking temps as required by cardinal plant. Before that day THE PLAINTIFF only used the thermometer only once and this thermometer was high tech and big. THE PLAINTIFF took temps all day before THE PLAINTIFF can let anyone in the gate.

4. On December 24, 2020 THE PLAINTIFF came into work and the supervisor Richard pulls me aside and says there is a write up THE PLAINTIFF needed to review and sign if THE PLAINTIFF agree to it. THE PLAINTIFF looked

it over and spoke with the Supervisor who wrote it ( Mike Bishop) and he stated that the site supervisor ordered him to write me up because the thermometer's battery was dead for the 4 -12 shift. Mike stated that he didn't want to write me up , but Tim Timko ( site supervisor) told him to.

5. Later that day when THE PLAINTIFF spoke with Tim he said that because THE PLAINTIFF didn't keep the device charging when THE PLAINTIFF wasn't using it caused the battery to die and gate three had to use the back up device. THE PLAINTIFF told him that NO ONE told me THE PLAINTIFF needed to do that and he said that in the post orders book it does say that. THE PLAINTIFF looked in the post orders book and found those orders. None of the orders posted said that. THE PLAINTIFF refused to sign that write up. In **EXHIBIT 1** is the policy that Tim was referring to and it doesn't state that the thermometer has to always be plugged in.

6. On 8-30-2020 THE PLAINTIFF filed a complaint with our VP in our corporate office against a co worker named Collin Jamison. This co worker made a threat to my life without provocation. The VP Mike Stauver sent a reply letter to me and it shows that he didn't do anything to protect anybody. The letter says that Tim Timko was the one who addressed the issue and he refused to enforce company policy and did nothing. Within page 18 of the McKeen Group, Inc. company handbook says that Harassment and sexual Harassment will not be tolerated. Subject to disciplinary action or termination. None of that was done. On page 24 of the company handbook says that the person who makes threats will be terminated and/ or will be prosecuted for their actions. McKeen security refused to properly handle the situation. In **EXHIBIT 2** is the reply from Mike Stauvers.

7. On October 1,2020 Mz. Dawns Cleaning crew showed up to start working at the Cardinal Plant due to a new cleaning contract with that said company. When they arrived the owner of the company Dawn Brown walked up to me and asked what they need to do to enter the property. THE PLAINTIFF replied " All you have to do is walk up to the end of the counter and that security officer will help you sign in." THE PLAINTIFF also informed them that they needed to present a state I.D.

8. Then Dawn Brown asked me if they needed hardhats. THE PLAINTIFF replied YES. I knew that by orders of Cardinal plant employee ( Jeff Saunders) he required them to wear hardhats when they are NOT in the

buildings or vehicles. While they were all standing at the counter to sign in Tim Timko asked me " who's job is it to sign people in and out?" THE PLAINTIFF replied "Becky ( main gate security officer) " Tim then asked me " why did you tell them they needed hardhats?" THE PLAINTIFF was silent then he asked " Have you ever seen the Janitors ever wear hardhats?" THE PLAINTIFF still remained silent. That is when Tim said " It is his call and decision! ( while pointing to the supervisor named Richard)"

9. On 4/6/20 THE PLAINTIFF received a call from the Cardinal Plant. The call came in at 15: 59 hrs. It was security officer Rhonda Brown a co-worker of the plaintiff's. She was working at the main security office and she asked " Do you know you're supposed to be at gate 3 right now?" THE PLAINTIFF replied " No, I have the schedule in my hand and it says I 'm off today." She responded " No, they changed the schedule." In **EXHIBIT 3** is the schedule showing the plaintiff was off that day.

10. On 3/11/2021 THE PLAINTIFF was called to the supervisor's office and the supervisor Laurie Morando presented to me a write up. In this write up she claims that on 3/9/2021 THE PLAINTIFF neglected to wash the shuttle van that day after he was done driving it. When in fact I did wash it during the day. THE PLAINTIFF even hand washed it. THE PLAINTIFF also washed the shuttle on camera. In **EXHIBIT 4** is the write from supervisor Laurie.

11. On that day in question on the 9th when the supervisor was at main gate she was talking to one of the McKeen employee named Harry Richards. Laurie was yelling at him because he didn't wash the company car that he was driving. Harry told her that the on duty supervisor named R.J. Potts told him that he didn't have too.

12. Laurie never spoke to the plaintiff about washing the shuttle that day. The only time THE PLAINTIFF spoke with her is when THE PLAINTIFF made a joke. In Laurie's write up she claims that she told me to wash the shuttle at 16:00 hrs. She didn't. Since these forms are legal documents Laurie has falsified this document. At the end of the day THE PLAINTIFF does spend it sitting in the shuttle. THE PLAINTIFF does this because of medical issues that is the only time THE PLAINTIFF can be alone without having to wear my mask due to covid- 19. THE PLAINTIFF has trouble breathing with those masks.

13. On 3/12/2021 Laurie told the new supervisor April Phillips to write the plaintiff up again for not washing the shuttle van. Laurie told April that from 16:00 – 16:30 she is my supervisor and that she has to write me up. Even though April didn't feel right about it she had to do it. That is why THE PLAINTIFF noticed that the first write up was done by Laurie and according to her the supervisor who shows up at 16:00 hrs had to write me up. In **EXHIBIT 5** is the write up by supervisor April Phillips.
14. Laurie told April to write up about the rain that day and stating that this conversation took place. There wasn't any conversation about the rain that day or washing the shuttle. THE PLAINTIFF didn't even speak to Laurie or any supervisor that day. As they admitted it was raining. It was raining hard and not sprinkling as been said in the write up. All the employees were told if it is raining that we didn't have to wash any of the vehicles. That is why THE PLAINTIFF didn't that day.
15. THE PLAINTIFF has been wrongfully passed over for promotion twice. The first time the company promoted R.J. Potts over me when R.J. only was with the company for no more than 3 months. THE PLAINTIFF has been working for this company for almost 9 years. R.J. is a lot younger and lacks leadership traits. Such as when he shows up for work has comes in with holes in his pants ( in his crotch area) and shows up without being shaven. That is a violation to the company handbook.
16. The second time was when the site supervisor was making statements that he will NEVER promote a woman to a supervisor. The woman who he said that to reported him to corporate and they refused to do anything about it. That moment on they did decide to interview for supervisors now instead of letting Tim Timko do it. Corporate said they had been talking to everyone involved but they didn't. They refused to speak with the rest of the women and me about what Tim has said and done.
17. On June 11, 2021 April Phillips wrote the plaintiff up again. She was claiming that again THE PLAINTIFF didn't wash the shuttle when in fact it was thunder storming that day. In **EXHIBIT 6 AND 7** are the other write ups from Supervisor April Phillips and a weather report showing on that said day it was raining.
18. On 4-12-2021 Supervisor Chad Belon wrote the plaintiff up for reporting off due to high temp. and vomiting. That was a violation to the Family medical

leave act. Because employers can not punish people for being sick and reporting off. Since THE PLAINTIFF has been with McKeen Group THE PLAINTIFF have only reported off only six times for medical reasons and one due to my car breaking down. They would have sent me home anyway due to the fact that once they would take my temperature they wouldn't allow me to be at work. In **EXHIBIT 8** is the write that Supervisor Chad Bellon wrote up the plaintiff for being sick and reporting off.

19. On 4/12/2021 Chad Bellon also wrote me up for accidently taking a van key home with me. It was late in the day and the key was in my pocket, but as I was leaving I forgot about and took it home. Last year when I started to drive the shuttle bus I put the key back and a supervisor who never drives the shuttle took the key home with him. No one wrote him up or yelled at him about because it was an accident just like when it did it.
20. On several occasions Tim has even yelled at me because I wasn't standing as straight as he wanted me to. I have a bad back due to a childhood accident so I can't stand completely erect because of that car accident. There also has been times he yelled at me cause in the morning while I do a vehicle inspection I have to park in the security parking lot that is located next to the security office.
21. Tim has also made fun of me when he found out that I am also an ordained non denominational Christian Priest. When he saw a picture of me in my clergy clothes he said " Ya! You're going to HELL!" .
22. On 7/9/2021 I was at main gate eating lunch at 10:23 am. After a few minutes I received a call to pick up a employee and transport them to another building. I returned soon after. Then at 11:18 am while I was finishing my lunch a co worker named Ron walked in and said that Tim Timko ordered him to walk into the main office and tell the plaintiff he has to leave and not be there. Even though THE PLAINTIFF was there for a legal reason to eat lunch.
23. On 7/17/2021 THE PLAINTIFF was working at gate 6 and then the on duty supervisor walks in the office with a write up against me. It was for shaving in at work and the write up claimed that I didn't wash the sink. I knew I did clean up, but the supervisor ( Chad Bellon) said " Well Tim doesn't know if it was you or Bubba. Bubba is a new hire and he also shaves in the bathroom. On that day in question THE PLAINTIFF dry shaved and there

wasn't any hair or shaving cream in the sink. Tim even walked by and saw the plaintiff dry shaving so he knew it wasn't him. In **EXHIBIT 10** is the write up where the supervisor falsely claims that the plaintiff made a mess in the sink.

24. On 7/19/2021 THE PLAINTIFF was the shuttle driver for the day and while THE PLAINTIFF was parked across the plant THE PLAINTIFF received a call over the radio for a pick up at the training center. The training center is the office building next to Tim's office. The time was at 12:18 Pm and right after THE PLAINTIFF received that call THE PLAINTIFF replied " copy" as per proper radio response. Right after THE PLAINTIFF replied and put the van into drive Tim gets on the radio and starts yelling at the plaintiff. He said " ARE YOU GOING TO PICK HIM UP ALREADY?" THE PLAINTIFF replied " I am on my way" Then Tim replied " THEN MOVE IT!" . The plant is half a mile long and the speed limit is 15 MPH . Tim didn't give the plaintiff any time to even move let alone get there. Another supervisor even asked the plaintiff " What was that all about?" That supervisor was April Philips.

25. On 7/20/2021 THE PLAINTIFF was at main gate beginning the plaintiff's shift at 6:30 am to drive the shuttle bus. After THE PLAINTIFF was done filling out his pretrip inspection forms and other required papers THE PLAINTIFF started to talk with a new hire only known to him as Bubba. Ten minutes later at 6:40 am there was a phone call to main gate. It was Tim Timko the site supervisor. Bubba answered it and was told to relay a message to the plaintiff saying " Your job is to drive the shuttle to get out and drive!" Unknown to the plaintiff at the time , but Tim was watching him on the security camera. Once THE PLAINTIFF received that message THE PLAINTIFF then began to write it in his note book that THE PLAINTIFF had in his pocket. As THE PLAINTIFF was writing this incident down another call was received. It was Tim again. This time he asked to speak to the plaintiff personally.

26. THE PLAINTIFF answered the phone and Tim asked him " What are you writing in your note book?" " Is it notes to learn how to do you job?" THE PLAINTIFF replied " No, It is a note for the EEOC." That is when he then was saying about all those write ups against him and telling the plaintiff to go ahead cause if THE PLAINTIFF would he too would come after him. He

went on with his threats for about 8 mins. He kept making threats to make sure THE PLAINTIFF wouldn't contact the EEOC office. He found out awhile ago that THE PLAINTIFF did file a complaint with the EEOC office weeks ago.

27. THE PLAINTIFF don't know who told him, but he knew THE PLAINTIFF reported him to the EEOC office. That is also when he said that he was going to call our corporate office to report everything to our V.P. Mike. He also threatened the plaintiff with some false write ups that he knew were false. He said that THE PLAINTIFF was reported for going faster than 15MPH when THE PLAINTIFF knows for a fact THE PLAINTIFF wasn't. THE PLAINTIFF even has passengers that has verified it. They knew how fast THE PLAINTIFF was going because they were in the bus while THE PLAINTIFF was driving.

28. Then Tim said that people reported him for taking a long time to pick them up. That is when THE PLAINTIFF knew he was lying because if THE PLAINTIFF was speeding then why are people also complaining that THE PLAINTIFF is taking too long to pick them up. That just proves THE PLAINTIFF wasn't speeding. Tim didn't know that THE PLAINTIFF knew that he can't threaten me or retaliate against me for filing a complaint. Then when THE PLAINTIFF said " Okay you tell the EEOC that. I am still calling them though." Tim then replied " I could care less about the EEOC!" After he said that he hung up.

29. My job is when THE PLAINTIFF receive a call to pick up an employee THE PLAINTIFF have to drive to them and drive them across the plant to where they need to go. There are times that THE PLAINTIFF won't receive a call for hours and that means THE PLAINTIFF has to sit and wait for a call. THE PLAINTIFF usually sits and waits by the Ohio River where there is a parking lot. While THE PLAINTIFF is waiting for a call there isn't anything for him to do. That is why sometimes THE PLAINTIFF likes to go to other gates and talk with his co workers until he gets a call. But Tim was yelling at him for talking to people while THE PLAINTIFF waits for a call. Tim has prohibited the plaintiff from talking to other co workers. Tim had said that the plaintiff's job is to ONLY drive the shuttle and not to talk to people.

30. On 7/23/2021 THE PLAINTIFF was called to gate 7 because the security officer there named Brett called him. He asked him to drive to Coen Gas station to pick up his breakfast. Once THE PLAINTIFF Got there THE PLAINTIFF received a call to pick up an employee at Unit 1. THE PLAINTIFF left to make that pick up. Then after THE PLAINTIFF was done THE PLAINTIFF returned to Coen gas station to pick up Brett's food. Once THE PLAINTIFF returned to gate 7 THE PLAINTIFF was talking with Brett for a few minutes. Then at 10:12 Am there was a call on the phone. It was Laurie. She is the day supervisor who works next to Tim Timko. As THE PLAINTIFF was up there Tim had her call gate 7 and order him to leave because Tim refuses to let me speak to other co workers when THE PLAINTIFF don't have any pickups.
31. Tim was watching me on the security cameras and that is how he knew THE PLAINTIFF was at gate 7. THE PLAINTIFF later received a text from Brett as he was also surprised about Tim doing this to him.
32. On 8/5/2021 THE PLAINTIFF reported for duty at 06:20 hrs and started at 06:30 hrs that day. When my shift started THE PLAINTIFF filled out my paperwork and drove to another location. THE PLAINTIFF moved the van due to the fact that the site supervisor yells at me when THE PLAINTIFF keep the van up at main gate in the morning. He always says that he didn't want the van there because he wanted to use the parking spaces for cardinal employee vehicle inspections. Since the site supervisor Tim Timko has ordered the plaintiff to do that THE PLAINTIFF was driving the van to another location to do the inspection of the van. The site supervisor also didn't want him to do any inspection at main gate due to the fact that the parking lot is on a slope and Tim said that THE PLAINTIFF can't check the oil on a slope. In **EXHIBIT 11** is the write from supervisor Richard Nanney.
33. While THE PLAINTIFF was following his orders and did his vehicle inspection elsewhere Tim had one of the other supervisors named Richard Nanney write him up. Tim claimed that THE PLAINTIFF didn't do any inspection of the van. For months now THE PLAINTIFF has been inspecting the van in this manner. There wasn't any issue about it until after Tim found out that THE PLAINTIFF reported him to the EEOC .
34. On 8/9/2021 THE PLAINTIFF was working driving the van again and right after THE PLAINTIFF did his inspection in the same area THE PLAINTIFF

has been doing it at… Tim had another supervisor named Chad Belon write him up again falsely claiming THE PLAINTIFF didn't do an inspection again.

35. On 8/17/2021 Chad Belon again by orders from Tim Timko wrote up the plaintiff for NOT inspecting the van. On the day in question Chad Belon wasn't around the plaintiff while he was inspecting the van. Mr. Belon was at another gate. The plaintiff was inspecting the van and inspected the van in front of the security camera.

36. In all of these reports that has been written up against the plaintiff they are all falsified. Those that signed their names to the report ONLY did so under orders from Tim Timko. A person can not issue these statements unless they see the alleged misconduct happen themselves. By signing these legal documents they swear that they have witnessed these alleged offences. These supervisors only acted by the site supervisor's orders. In **EXHIBIT 12** is the falsified write up signed and filled out by Chad Belon.

37. On 9/27/2021 while the plaintiff was at main gate waiting in line to wash the van Tim Timko walked in and started yelling at the plaintiff in front of all other employees including supervisor Mike Bishop. Tim was saying that he didn't want the plaintiff to park in the back lot. The plaintiff informed him that he was waiting to wash the van after the rover car was done being washed. Tim said " I know you only have two days left here before you start working at Franciscan , but you are not going to do whatever the hell you want!" without being defensive the plaintiff replied " Tim I thought you would be happy I'm being transferred." Tim then replied " why would you think that?" then the plaintiff replied " because you have been trying to get rid of me since day one and the way you treat me." Tim then replied " How would you like your last day to be tomorrow?" That is when the plaintiff kept silent and walked out of the office.

38. Tim has been harassing the plaintiff for a long time. **EXHIBIT 13** shows this court the harassment the plaintiff and his girlfriend received . On 8/13/2020 for reasons that the plaintiff can't

remember he was late to work by one hour. The plaintiff knowing he missed up showed up to work and filled out a write up on himself and tried to do the honorable thing.

39. The on duty supervisor Chad later said that the plaintiff did't have to do that, but the plaintiff was in the wrong and felt he should be punished for his actions. The supervisor Chad didn't sign the write up. He just sent it to Tim Timko. That is when Tim wrote on that write up and signed it saying " Due to Susan Sands ( employee) keeping him up way past his bedtime!!"

40. On 9/30/2021 the plaintiff started his new position at Franciscan University working as an armed security officer. **EXHIBIT 14** shows that the plaintiff was on schedule as the shift supervisor.

41. Once the plaintiff started his new position as shift supervisor everything was going good. Except for one employee named Dave Heckert. This security officer was being disrespectful to the plaintiff only because the plaintiff was younger than him and was a supervisor. That security officer never wanted to do his job or follow orders. This security officer once made threats to the plaintiff because the plaintiff informed Dave Heckert that he was the supervisor and doesn't deserve this disrespect. The plaintiff only told him that upon orders by Erik Dervis ( school safety director) Dave and the plaintiff had to pick up some traffic cones and put them away.

42. Officer Heckert had said to the plaintiff that since the plaintiff was younger than him he wasn't going to listen to a CHILD. The plaintiff is 38 years old and not a child. This was reported to Erik Dervis and he didn't do anything. The plaintiff also reported his conduct to the area supervisor.

43. Then on 11/06/2021 the plaintiff was at the soccer field to patrol and to prevent riots. At the end of the game the visiting team won and while Bethany College students ran up to the gate they tried to storm the field. The Coach named Pete was there and locked the gate to the field. Just until both teams shook hands and prayed.

44. After the coach locked the gate and told those students that they will have to wait until the teams are done. One of the students called Coach Pete racist. Coach Pete then turned around and looked to see who said that. Once coach Pete couldn't find who called him " Racist" he left. At that point the plaintiff was left alone at the gate.

45. The plaintiff was telling the students that once the teams are done then they could go on the field. That is when the students were saying " THANKS FOR RUINING OUR SPECIAL DAY!" Once the plaintiff told them that the teams are praying to God and they can wait they replied " FUCK GOD!" That is when the plaintiff replied " calm down and show some respect." That is when the students started yelling and also both of the coaches walked over to see what is going on. The students said that the plaintiff told them " Suck my Dick." That isn't what was said. The coaches knowing that those students were yell profanities and acting inappropriate they still took the word of those students and neither one of them asked the plaintiff if that's what he said or even ask what happened? The report that the plaintiff filed with the school is hereby attached as **EXHIBIT 15** .

46. In **EXHIBIT 16** is the email the plaintiff sent to Franciscan University V.P. of human services department. The person the plaintiff spoke with was Father Jonathan. In father's reply he said that the plaintiff did the right thing with good intentions. Even though the plaintiff doesn't work for the school as a priest, but the plaintiff is an ordained priest and registered with the state of Ohio. Those coaches took the work of student's lies over a priest's words of truth.

47. The actions of the defendant shows this court that the Plaintiff has been getting attacked by the defense. The defendants site supervisor Tim Timko has been report for sexual harassment, sex discrimination, and other offenses that would require the defendant to fire Mr. Timko. Instead they refuse to do anything to him, but the plaintiff gets ONE false allegation that even Mike Stuavers had admitted he knew was false and they demote and punish the plaintiff.

48. Upon further investigation by the plaintiff he was notified by a co worker to check his pay stub. Once the plaintiff looked at his pay stubs he found fraud. In **EXHIBIT 17** the plaintiff found that the defendant lists hours of work as 40 hour straight time and 28 hours overtime. During that pay week the plaintiff really worked 72 hours straight time and 16 hours overtime. Once the plaintiff added up the pay stub for the pay week of 11/12/2021 – 11/25/2021the pay doesn't match. There is $150.00 missing from the pay stub that doesn't reflect on the pay stub.

49. Then upon further review the court can also see that the defendant has been withdrawing money from the plaintiff's pay for the state of Ohio and West Virginia. The plaintiff lives in Pennsylvania and those other taxes shouldn't have been taken from the Plaintiff's pay check. The defendant only takes out other state taxes ONLY when they want to.

50. In **EXHIBIT 18** is a online payroll tax calculator. According to this evidence the plaintiff should receive $712.00 dollars after taxes. The plaintiff should receive $559.04. in **EXHIBIT 19** shows the plaintiff was paid $490.10. The defense has taken out more of the plaintiff's pay than they should be.

51. There is also proof that the defendant also has had committed fraud with their pay scale. In **EXHIBIT 20** is the pay week of 10/15/2021 – 10/28/2021. During that pay period the plaintiff was working at Franciscan University and his position was shift supervisor. Please refer to **EXHIBIT 14** for proof of plaintiff's position. The plaintiff was promised $17.00 dollars an hour.

52. The defendant placed an ad on " Indeed" saying that the pay will be $17.00 an hour for the position that the plaintiff was hired for. In **EXHIBIT 21** is that ad placed by the defendant. The defendant only paid the plaintiff $13.00 an hour NOT $17.00 dollars an hour as stated by their ad.

53. At first there was only minor infractions against the plaintiff's rights. Then after the defendant was notified by the EEOC that a complaint was filed then the defendant started to retaliate against the plaintiff including but not limited to demoting and transferring the

plaintiff for a false allegation made against the plaintiff even after the defendant admitted that they knew it was false.
54. In **EXHIBIT 22** is a copy of a complaint filed with the defendant from a employee named Susan A. Sands. This employee sent the plaintiff a copy of this complaint VIA email. Ms. Sands had a doctor's appointment and do to HIPPA she was not bound to disclose that information. That is why didn't and Tim Timko tried to unlawfully request her medical information.
55. After the defendant demoted the plaintiff they moved him to Trinity West Hospital. While the plaintiff has been there the plaintiff has been attacked for eating a candy bar due to that fact that his blood sugar was low and he has pre Diabetes. The plaintiff is attacked for anything he may need to eat to keep his blood sugar in a safe range.
56. For the last few years the defendant has caused so much stress and has interfered with the plaintiff's medical conditions that the plaintiff has had to be admitted into the Emergency Room for hyperglycemia. The plaintiff almost had a stroke do to the unwarranted attacks upon his person. That hospital report is hereby attached as **EXHIBIT 23** .
57. There was another time years ago that the defendant was called and notified by a Mr. Jeff Legros supervisor at the Wheeling-Nisshin Steel plant where the plaintiff was working for the defendant. The plaintiff was vomiting blood and was rushed to the Emergency Room due to the stress and pain the defendant was putting on the plaintiff.
58. Due to all the medical issues of the plaintiff that has been the result of the defendant. The plaintiff's doctor wrote a letter to the defendant stating that it would be in the plaintiff's best interest and health to only schedule him for day light shifts. That letter is attached as **EXHIBIT 24.** The defense refused to do so and has caused the plaintiff's medical conditions to become worse.
59. On 12/17/2021 the plaintiff was working at Trinity West Hospital when a family member entered with her husband. The plaintiff informed the couple that the hospital policy due to Covid –

19 is that one visitor per patient per day. The husband became angry after the plaintiff gave his wife a visitor's pass. He then bypassed the security desk and refused to wait in his car. The plaintiff notified his co worker named Dan and asked him to bring him back down.

60. At that moment the nurse supervisor called the plaintiff at his extension and started to yell at the plaintiff claiming he wasn't doing his job. When in fact the plaintiff did follow hospital policies for visitors. That nurse supervisor called the McKeen site supervisor to complain. Site supervisor Anthony called the plaintiff and threatened him to have him removed from the site even after the plaintiff informed him that hospital policies were enforced and the plaintiff and his co worker wasn't in the wrong.

## IN CONCLUTION :

The plaintiff is hereby requesting Monetary damages in the form of an awarded amount of $6,500,000.00 . The plaintiff is also requesting injunction relief in the form of ordering the defendant to pay the plaintiff $17.00 an hour as promised and transfer the plaintiff back to Franciscan University in his position he was in before the defendant transferred him.

Date _12/20/2021

Paul J. Bukovinsky II, Plaintiff

105 John Drive , Burgettstown,Pa 15021
(Address)

412-398-7524
(phone)